# Exhibit 2

| US7688203B2 | Eufy 4G LTE Cam S330 ("Accused Product") |
|---|---|
| 1. A portable, mobile fourth generation wireless video surveillance device comprising a controller, one or more alarm sensors, one or more alarm status indicators, one or more digital video cameras, a recirculating non volatile storage memory, a non volatile event memory, a 4G (802.16) wireless network subscriber interface and a remote 4G (802.16) cellular or wireless terminal or 4G (802.16) cellular telephone equipped with both a video display and subscriber table software to allow the cellular telephone or the cellular or wireless terminal to | The accused product is a portable, mobile fourth generation wireless video surveillance device comprising a controller (e.g., processor of the accused product), one or more alarm sensors (e.g., PIR sensor, etc.,), one or more alarm status indicators (e.g., Light and sound alarm indicators, etc.,), one or more digital video cameras (e.g., color 4K camera), a recirculating non volatile storage memory (e.g., Micro SD card), a non volatile event memory, a 4G (802.16) wireless network subscriber interface (e.g., 4G SIM Card slot) and a remote 4G (802.16) cellular or wireless terminal or 4G (802.16) (e.g., mobile device with 4G cellular connectivity) cellular telephone equipped with both a video display (e.g., display of the mobile device) and subscriber table software to allow the cellular telephone or the cellular or wireless terminal to instruct the 4G Network Base Station to set up the communication channel for the appropriate bandwidth to support streaming video, wherein the transfer of video from the recirculating memory to the event memory is preset to include video recorded prior to and after the time of triggering of the alarm sensor to identify perpetrators and show the sequence of events prior to and following the triggering of the alarm.<br><br>As shown below, the accused product is a portable wireless video surveillance device compatible with 4G cellular connection which can be mounted at any location such as doors, rooms, etc. It comprises of an alarm sensor (e.g., PIR sensor) which detects human, objects, intruder, etc., an alarm status indicator (e.g., Light and sound alarm indicators, etc.,) to output alarming indications. Further it has a recirculating non volatile storage memory (e.g., Micro SD card) which overwrites itself if the storage gets full to record new videos.<br><br>The accused product can be connected to a 4G Network thereby to a 4G Network Base Station via its 4G SIM module and is used to transmit video feeds or alerts to a wireless terminal/smartphone. The wireless terminal/smartphone (e.g., mobile device) enabled with the accused product's compatible application can be used to access the video recordings of the accused product. Since, the wireless terminal/smartphone (e.g., mobile device enabled with the application) is also connected to a 4G Network, it provides a communication channel to support the streaming of recorded videos on the smartphone. The accused |

| | |
|---|---|
| instruct the 4G Network Base Station to set up the communication channel for the appropriate bandwidth to support streaming video, wherein the transfer of video from the recirculating memory to the event memory is preset to include video recorded prior to and after the time of triggering of the alarm sensor to identify perpetrators and show the sequence of events prior to and following the triggering of the alarm. | product records events based on the triggering of the motion sensor (e.g., alarm sensor), which comprises events prior to and after the time of triggering. These event videos are accessible over the 4G network to the user via the wireless terminal/smartphone interface to identify perpetrators and to view the whole sequence.<br><br><br><br>https://www.eufy.com/products/t86p2121?fliter_category=cellular-security-camera&variant=43152752083130 |

**Features**

- Eufy by Anker
- Motorized camera 4G and Wifi
- Communication 4G LTE
- EIOTClub SIM card included (100MB free trial)
- Alternative WiFi communication 2.4 GHz
- 4K 8 MP (3840x2160)
- 130° Viewing angle
- IR and color night vision
- White LED of 100 lm
- Batería 9400 mAh

- Real PIR detector
- Intelligent detection of people and vehicles
- Vertical and horizontal movement controlled remotely
- Autotracking
- Two-way audio (integrated mic and speaker)
- Micro SD card slot up to 256 GB
- Micro SD Card 32 GB included
- Compatible with HomeBase S380
- Compatible with Amazon Alexa and Google
- Eufy Security App

https://gzhls.at/blob/ldb/d/8/c/d/b65a2fb574e46a23eebb372e3cd3a2ec7a6b.pdf

| Model | Eufy 4G LTE Cam S330 / T86P2321 |
|---|---|
| Resolution | 4K 8 MP (3840x2160) |
| Viewing angle | 130° |
| Infrared lighting | 0 lux IR LEDs (Range not specified)) |
| Color night lighting | White LED 100 lumens |
| Motorized movement | Horizontal 344° and vertical 70°<br>Automatic horizontal and vertical tracking when detecting motion or AI detection events |
| Audio | Two-way audio (microphone and speaker) |
| Types of detection | Presence detection by real PIR sensor    alarm sensor<br>Intelligent Detection of Humans and Vehicles<br>Connected to HomeBase S380 (WiFi only): BionicMind face detection |

https://gzhls.at/blob/ldb/d/8/c/d/b65a2fb574e46a23eebb372e3cd3a2ec7a6b.pdf



### Two-Way Audio

Communicate in real time with anyone who walks into view.



### Light and Sound Alarm

Optional alarm uses the 100-lumen spotlight and sound to deter intruders and threats.

alarm status indicator

https://www.eufy.com/products/t86p2121?fliter_category=cellular-security-camera&variant=43152752083130



- **Forever Power**: Empower your viewing to go anywhere you desire. Enjoy 24/7 off-the-grid freedom with the upgraded solar panel and a powerful 9,400 mAh battery.

- **Seamless Connectivity with 4G and Wi-Fi**: Ultimate security with uninterrupted access. If Wi-Fi signal is lost, the auto-switching 4G feature swaps to mobile data. Guaranteeing continuous use.

- **Automatic Network Selection**: The included 3-in-1 SIM card is compitable with AT&T, T-Mobile, and Verizon. It automatically selects the most stable network to optimize connectivity and ensure uninterrupted viewing.

- **4K in Color, Day and Night**: The color 4K camera gives you the clarity to identify a license plate 30 feet (10 meters) away. Shine a light on your surroundings with the 100-lumen spotlight to continue seeing colorful details up to 26 feet (8 meters) away, all through the night.

digital video camera

https://www.eufy.com/products/t86p2121?fliter_category=cellular-security-camera&variant=43152752083130

- Autotracking

- Two-way audio (integrated mic and speaker)

- Micro SD card slot up to 256 GB

- Micro SD Card 32 GB included

non volatile storage memory

- Compatible with HomeBase S380

- Compatible with Amazon Alexa and Google

https://gzhls.at/blob/ldb/d/8/c/d/b65a2fb574e46a23eebb372e3cd3a2ec7a6b.pdf

# Will eufy Outdoor Cam continue to work when the microSD card is full?

Yes. eufy Outdoor Cam will continue to function normally and it will overwrite the oldest video recordings when it records new videos.

https://service.eufy.com/article-description/Will-eufy-Outdoor-Cam-continue-to-work-when-the-microSD-card-is-full?ref=Home_Page

# How to Clear Storage on eufySecurity Device

Normally, new videos/information will overwrite the oldest ones. Sometimes, when your local storage on a security device is full, you may want to clear all videos. Here are Two Ways.

https://service.eufy.com/article-description/How-to-Clear-Storage-on-eufySecurity-Device?ref=Home_Page

## Inserting SIM Card and microSD Card

1. Open the waterproof cover of the nano SIM slot on the back of the camera, then insert the provided nano SIM card.

- Make sure the gold contacts side of the nano SIM card is facing up.



wireless network subscriber interface

https://salesforce-knowledge-download.s3.us-west-2.amazonaws.com/000018385/en_US/000018385.pdf



https://www.eufy.com/products/t86p2121?variant=43152752083130

- **Forever Power**: Empower your viewing to go anywhere you desire. Enjoy 24/7 off-the-grid freedom with the upgraded solar panel and a powerful 9,400 mAh battery.
- **Seamless Connectivity with 4G and Wi-Fi**: Ultimate security with uninterrupted access. If Wi-Fi signal is lost, the auto-switching 4G feature swaps to mobile data. Guaranteeing continuous use.
- **Automatic Network Selection**: The included 3-in-1 SIM card is compitable with AT&T, T-Mobile, and Verizon. It automatically selects the most stable network to optimize connectivity and ensure uninterrupted viewing.
- **4K in Color, Day and Night**: The color 4K camera gives you the clarity to identify a license plate 30 feet (10 meters) away. Shine a light on your surroundings with the 100-lumen spotlight to continue seeing colorful details up to 26 feet (8 meters) away, all through the night.

https://www.eufy.com/products/t86p2121?fliter_category=cellular-security-camera&variant=43152752083130



https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam



https://dix7fd4yse9rd.cloudfront.net/s/eufy-us/225eab40-0b34-4ca6-86dc-b78dcfa448b0_T86P2_V2_EN_UG_20240808.pdf

**Step 1:** Prepare a SIM card with a purchased data plan.

**Step 2:** Insert the SIM card into the camera. Once the card is successfully inserted, your camera is connected to the network.

**Step 3:** Install a security camera app on your phone. You can easily find it in the App Store.

**Step 4:** Create an account and connect your security camera to your phone with the QR code.

https://www.eufy.com/blogs/security-camera/connecting-security-camera-to-phone

### Step 3: The App – Your Window to Anywhere

Once online, the camera securely connects to a cloud service, allowing you to access live video, receive motion alerts, and view recordings from anywhere in the world through a dedicated app on your smartphone.



1. 4G Camera (with SIM Card)    2. Cell Network    3. Internet    4. Your App

https://uboxcam.com/resources/what-is-a-4g-security-camera/




## Enhanced Security with AI Detection

Automatic tracking functions work together seamlessly with AI movement, human, and vehicle detection to provide you with complete coverage of your property or business.

https://www.eufy.com/products/t86p2121?variant=43152752083130



## Instant Notifications*

Receive immediate notifications* when motion, people, or vehicles are detected.

event video

https://www.eufy.com/products/t86p2121?variant=43152752083130

# How to View Event History In eufy App

Event history gives you a summary of the detected events that activated your camera system throughout the day, such as when the motion sensor detects movement.

**How to View Event History?**

In the eufy app home screen, select Events tab on the navigation bar on the bottom.

You'll see a list of events from the current day and a summary with the numbers of events and timelines for each day.

To see everything that happened on a particular day, select a specific day. The view will expand and show a chronological list of each activity spotted by each of your eufySecurity devices on that particular day.

https://service.eufy.com/article-description/How-to-View-Event-History-In-eufySecurity-App?ref=Home_Page



https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam



**Eufy Camera(s): Events Smart Filter**
https://www.youtube.com/watch?v=vkc-Ab-xxMU



**Eufy Camera(s): Events Smart Filter**
https://www.youtube.com/watch?v=vkc-Ab-xxMU



video event, showing the sequence of events prior to and following the triggering of the alarm

https://www.youtube.com/shorts/2iMf699rzt8