**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SurvMatic LLC, | |
| Plaintiff, | C.A. No. 1:26-00264-MN |
| v. | Patent Case |
| Fantasia Trading LLC, | Jury Trial Demanded |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FANTASIA
TRADING LLC TO FILE RESPONSE TO COMPLAINT**

Defendant, Fantasia Trading LLC ("Fantasia"), by and through their undersigned counsel, respectfully submit the following Unopposed Motion for Extension of Time for Fantasia to File a Response to the Complaint, and in support thereof state as follows:

1. Plaintiff, SurvMatic LLC, filed a Complaint in this Court on March 11, 2026, D.I. 1;

2. The Summons was returned executed for service having been effectuated on March 17, 2026, D.I. 8;

3. On April 7, 2026, SurvMatic filed an Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiff's Complaint, which provided that Fantasia's Answer would not be due until June 8, 2026, D.I. 9;

4. The Court granted the unopposed motion on the same day and, as such, Fantasia's response to SurvMatic's Complaint is currently due to be filed on June 8, 2026;

5. The parties have further conferred and believe an additional extension of thirty (30) days for Fantasia to respond is appropriate;

6.      Pursuant to Fed. R. Civ. P. 6(b), the court, for cause shown, may at its discretion order a time period prescribed by the Rules to be enlarged if request is made before the expiration of the originally prescribed time period. *See* Fed. R. Civ. P. 6(b). Such motions are granted as a matter of course "in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *See* 4A Wright & Miller, Federal Practice & Procedure §1165 (4th ed.).

7.      The parties submit that cause exists for the above requested extension.  Further, the parties submit to the Court that the requested extension will promote judicial economy and conserve the parties' resources.

8.      The parties make this in good faith and represent that no prejudice will be suffered by any party.

**WHEREFORE**, Defendant Fantasia Trading LLC, respectfully requests that the present motion be granted and that they be permitted until July 8, 2026, to file a response to the Complaint.

Date: June 8, 2026

**GORDON REES
SCULLY MANSUKHANI, LLP**

*/s/ Joseph E. Brenner* _____ ____
Joseph E. Brenner (#6643)
Joseph J. Bellew (#4816)
1523 Concord Pike, Suite 202
Wilmington, DE 19803
(302) 992-8955
jbrenner@grsm.com
jbellew@grsm.com

*Attorneys for Defendant
Fantasia Trading LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph E. Brenner, hereby certify that, on June 8, 2026, a copy of the foregoing document

was served on all counsel of record via CM/ECF.


*/s/ Joseph E. Brenner*
Joseph E. Brenner (#6643)